**FILED**
DEC 0 9 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDUARDO MUNOZ-GONZALEZ,<br><br>Defendant. | CASE NO.: 21-cr-2286-JLS-AGS<br><br>**ORDER GRANTING MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE (OTHER PARTIES DEFER TO COURT)** |

**GOOD CAUSE APPEARING**, the Defendant's Motion to Modify the Conditions of Pretrial Release is hereby **GRANTED** with the following conditions:

- Mr. Munoz-Gonzalez is to report to the San Diego Pretrial Services Office on December 23, 2021, to have his GPS location monitor device removed.
- Mr. Munoz-Gonzalez cannot depart for Tijuana, Mexico until December 24, 2021.
- After Mr. Munoz-Gonzalez leaves the United States, he must return to the United States by December 26, 2021.
- Mr. Munoz-Gonzalez must report to the San Diego Pretrial Services Office on December 27, 2021, to have his GPS location monitor device reinstalled.

All other conditions of pretrial release are to remain as set.

**IT IS SO ORDERED.**

DATED: December 9, 2021         By: _____
                                 HON. ANDREW G. SCHOPLER
                                 United States Magistrate Judge